IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERALD L. ANDERSON FAMILY
TRUST, DATED JULY 22, 1993,

    Plaintiff,

v.   No. 2:24-cv-0066 DLM/GBW

DIAMONDBACK DTNM, LLC,
and DENNIS ECKSTROM,

    Defendants.

## ORDER VACATING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Court hereby **VACATES** the previously scheduled trial scheduling conference. The Court will set a trial scheduling conference after Chief Magistrate Judge Gregory B. Wormuth enters an order on the parties' Joint Motion to Vacate Settlement Conference and Amend Scheduling Pretrial Scheduling Order. (Doc. 41.)

                                                DAMIAN L. MARTINEZ
                                                UNITED STATES MAGISTRATE JUDGE